UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIKO SIMMONS,

        Petitioner,                 Civil No. 06-13769
                                        Honorable David M. Lawson

v.

HUGH WOLFENBARGER,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the opinion and order denying petition for writ of habeas corpus entered this date,

It is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

                                  s/David M. Lawson
                                  DAVID M. LAWSON
                                  United States District Judge

Dated: October 10, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 10, 2006.

                         s/Felicia M. Moses
                         FELICIA M. MOSES